## No. 09-1420. Calvin Allen, Petitioner v. Missouri ex rel. Chris Koster, Attorney General of Missouri.

562 U.S. 1305, 131 S. Ct. 1722, 179 L. Ed. 2d 651, 2011 U.S. LEXIS 2169.

March 21, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 833, 131 S. Ct. 122, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6477.

## No. 10-950. Troy Anthony Davis, Appellant v. Carl Humphrey, Warden.

563 U.S. 901, 131 S. Ct. 1788, 179 L. Ed. 2d 651, 2011 U.S. LEXIS 2433.

March 28, 2011. Appeal dismissed, and petition for writ of habeas corpus and a common law writ of certiorari denied.

## No. 10-8588. Barry Simon Jameson, Petitioner v. James A. Yates, Warden.

563 U.S. 901, 131 S. Ct. 1789, 179 L. Ed. 2d 651, 2011 U.S. LEXIS 2589.

March 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

## No. 10-8795. Charles Simon, Petitioner v. Danny Bickell, et al.

563 U.S. 901, 131 S. Ct. 1796, 179 L. Ed. 2d 651, 2011 U.S. LEXIS 2571.

March 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

## No. 10-9197. Thomas Martin Sukup, Petitioner v. United States.

563 U.S. 901, 131 S. Ct. 1804, 179 L. Ed. 2d 651, 2011 U.S. LEXIS 2553.

March 28, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. Justice Kagan took no part in the consideration or decision of this motion and this petition.